IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Daniel P. Didion<br><br>      Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s)<br>Vs.<br>Daniel P. Didion<br><br>      Respondent(s) | Case No. 14-22441GLT<br>Chapter 13<br><br>Related to Docket No. 70<br>Hearing: July 3, 2019 at 10:00 AM |

<u>NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on **July 3, 2019 at 10:00 a.m. before Judge Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.**  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **June 14, 2019.**

|  |  |
|---|---|
| <u>5-24-19</u><br>Date | <u>/s/ Ronda J. Winnecour</u><br>Ronda J. Winnecour (PA I.D.#30399)<br>Attorney and the Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 14-22441-GLT
Daniel P. Didion                                                    Chapter 13
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: May 28, 2019
                              Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db             +Daniel P. Didion,   3161 Bel Air Drive,    Pittsburgh, PA 15227-1001
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Wilmington Savings Fund Society, FSB, et al,    1600 South Douglass Road,
                 Anaheim, CA 92806-5948
cr             +Wilmington Savings Fund Society, FSB, et al, its a,   c/o Prober & Raphael, ALC,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
13886042      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,   El Paso, TX 79998)
13910501       +Borough of Whitehall,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13872543       +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13944988        CitiMortgage, Inc,    P.O. Box 688971,   Des Moines, IA 50368-8971
13872544       +Citimortgage Inc,   Po Box 9438,    Gaithersburg, MD 20898-9438
13886049       +Feldstein Grinberg Lang & McKee, P.C.,    428 Boulevard Of The Allies,
                 Pittsburgh, PA 15219-1352
13875928       +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13872547       +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
13872548       +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14704984       +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13934729        E-mail/Text: ebn@21stmortgage.com May 29 2019 03:37:21     21st Mortgage Corporation,
                 P.O. Box 477,   Knoxville, TN 37901
13872538        E-mail/Text: ebn@21stmortgage.com May 29 2019 03:37:21     21st Mortgage Corp,
                 620 Market St Ste 100,   Knoxville, TN 37902
13899616       +E-mail/Text: bncmail@w-legal.com May 29 2019 03:37:35     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13872540        E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2019 03:48:36     CACH, LLC,
                 PO BOX 10587,   GREENVILLE, SC  29603-0587
13872541        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 29 2019 03:46:18     Capital One,
                 PO BOX 30281,   Salt Lake City, UT 84130-0281
13872542       +E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:45     Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
13874467      ++E-mail/Text: bankruptcy@cavps.com May 29 2019 03:37:45     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13878096        E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
13872545       +E-mail/Text: mrdiscen@discover.com May 29 2019 03:35:59     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
13941925       +E-mail/Text: kburkley@bernsteinlaw.com May 29 2019 03:38:16     Duquesne Light Company,,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13872546       +E-mail/PDF: gecsedi@recoverycorp.com May 29 2019 13:01:06     GE Money Bank,
                 Post Office Box 960061,   Orlando, FL 32896-0061
14245790       +E-mail/Text: bncmail@w-legal.com May 29 2019 03:37:35     Trifera, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Suite 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Whitehall
cr              Wilmington Savings Fund Society, FSB, as trustee o
cr*            +Trifera, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
13886041*     ++21ST MORTGAGE CORPORATION,   PO BOX 477,   KNOXVILLE TN 37901-0477
                (address filed with court: 21st Mortgage Corp,    620 Market St Ste 100,   Knoxville, TN 37902)
13872539*     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bk Of Amer,    Po Box 982235,   El Paso, TX 79998)
13886043*       CACH, LLC,   PO BOX 10587,   GREENVILLE, SC  29603-0587
13886044*       Capital One,   PO BOX 30281,   Salt Lake City, UT 84130-0281
13886045*      +Cavalry Portfolio Serv,   Po Box 27288,   Tempe, AZ 85285-7288
13886046*      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13886047*      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
13886048*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13886050*      +GE Money Bank,   Post Office Box 960061,   Orlando, FL 32896-0061
13886051*      +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
13886052*      +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 2, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: dbas              Page 2 of 2             Date Rcvd: May 28, 2019
                              Form ID: pdf900         Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitehall jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Daniel P. Didion ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Paul W. McElrath, Jr.    on behalf of Plaintiff Daniel P. Didion ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas A. Capehart    on behalf of Defendant    21st Mortgage Corporation jkacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
                                                                                             TOTAL: 8
```