**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Daniel P. Didion** | : | Case No. 14−22441−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Dkt. No. 70 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

    *AND NOW,* this ***The 19th of June, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-22441-GLT
Daniel P. Didion                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: ctak           Page 1 of 2            Date Rcvd: Jun 19, 2019
                            Form ID: 309         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
```
db           +Daniel P. Didion,   3161 Bel Air Drive,   Pittsburgh, PA 15227-1001
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr           +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
cr           +Wilmington Savings Fund Society, FSB, et al,    1600 South Douglass Road,
               Anaheim, CA 92806-5948
cr           +Wilmington Savings Fund Society, FSB, et al, its a,    c/o Prober & Raphael, ALC,
               20750 Ventura Blvd., Suite 100,   Woodland Hills, CA 91364-6207
13910501     +Borough of Whitehall,    c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13944988      CitiMortgage, Inc,   P.O. Box 688971,   Des Moines, IA 50368-8971
13886049     +Feldstein Grinberg Lang & McKee, P.C,    428 Boulevard Of The Allies,
               Pittsburgh, PA 15219-1352
13875928     +PNC BANK,   PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13872547     +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
15069243     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
14704984     +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13872538      E-mail/Text: ebn@21stmortgage.com Jun 20 2019 02:41:23     21st Mortgage Corp,
               620 Market St Ste 100,   Knoxville, TN 37902
13934729      E-mail/Text: ebn@21stmortgage.com Jun 20 2019 02:41:23     21st Mortgage Corporation,
               P.O. Box 477,   Knoxville, TN 37901
13899616     +E-mail/Text: bncmail@w-legal.com Jun 20 2019 02:41:27     ALTAIR OH XIII, LLC,
               C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13886042      EDI: BANKAMER.COM Jun 20 2019 06:33:00     Bank Of America,   Po Box 982235,
               El Paso, TX 79998
13872539      EDI: BANKAMER.COM Jun 20 2019 06:33:00     Bk Of Amer,   Po Box 982235,   El Paso, TX 79998
13872540      EDI: RESURGENT.COM Jun 20 2019 06:33:00     CACH, LLC,   PO BOX 10587,
               GREENVILLE, SC  29603-0587
13872541      EDI: CAPITALONE.COM Jun 20 2019 06:33:00     Capital One,   PO BOX 30281,
               Salt Lake City, UT 84130-0281
13872542     +E-mail/Text: bankruptcy@cavps.com Jun 20 2019 02:41:30     Cavalry Portfolio Serv,
               Po Box 27288,   Tempe, AZ 85285-7288
13874467     +E-mail/Text: bankruptcy@cavps.com Jun 20 2019 02:41:30     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13872543     +EDI: CITICORP.COM Jun 20 2019 06:33:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13872544     +EDI: CIAC.COM Jun 20 2019 06:33:00     Citimortgage Inc,   Po Box 9438,
               Gaithersburg, MD 20898-9438
13878096      EDI: DISCOVER.COM Jun 20 2019 06:33:00     Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH 43054-3025
13872545     +EDI: DISCOVER.COM Jun 20 2019 06:33:00     Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
13941925     +E-mail/Text: kburkley@bernsteinlaw.com Jun 20 2019 02:41:37     Duquesne Light Company,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
13872546     +EDI: RMSC.COM Jun 20 2019 06:33:00     GE Money Bank,   Post Office Box 960061,
               Orlando, FL 32896-0061
14245790     +E-mail/Text: bncmail@w-legal.com Jun 20 2019 02:41:27     Trifera, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Suite 400,   Seattle, WA 98121-3132
13872548     +EDI: CITICORP.COM Jun 20 2019 06:33:00     Unvl/Citi,   Po Box 6241,
               Sioux Falls, SD 57117-6241
                                                                                              TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Borough of Whitehall
cr            Wilmington Savings Fund Society, FSB, as trustee o
cr*          +Trifera, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
13886041*     ++21ST MORTGAGE CORPORATION,   PO BOX 477,   KNOXVILLE TN 37901-0477
              (address filed with court: 21st Mortgage Corp,   620 Market St Ste 100,   Knoxville, TN 37902)
13886043*     CACH, LLC,   PO BOX 10587,   GREENVILLE, SC  29603-0587
13886044*     Capital One,   PO BOX 30281,   Salt Lake City, UT 84130-0281
13886045*    +Cavalry Portfolio Serv,   Po Box 27288,   Tempe, AZ 85285-7288
13886046*    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13886047*    +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
13886048*    +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13886050*    +GE Money Bank,   Post Office Box 960061,   Orlando, FL 32896-0061
13886051*    +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
13886052*    +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
                                                                                   TOTALS: 2, * 11, ## 0
```

```
District/off: 0315-2          User: ctak              Page 2 of 2            Date Rcvd: Jun 19, 2019
                              Form ID: 309            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:

    James Warmbrodt  on behalf of Creditor  Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A  bkgroup@kmllawgroup.com

    Jeffrey R. Hunt  on behalf of Creditor  Borough of Whitehall  jhunt@grblaw.com, cnoroski@grblaw.com

    Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov

    Paul W. McElrath, Jr.  on behalf of Debtor Daniel P. Didion  ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

    Paul W. McElrath, Jr.  on behalf of Plaintiff Daniel P. Didion  ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

    Peter J. Ashcroft  on behalf of Creditor  Duquesne Light Company  pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

    Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com

    Thomas A. Capehart  on behalf of Defendant  21st Mortgage Corporation  jkacsur@grossmcginley.com, ehutchinson@grossmcginley.com

                                                                       TOTAL: 8