**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DANIEL P. DIDION

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Respondents.

Case No.: 14-22441 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/17/2014 and confirmed on 09/15/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,052.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,052.28 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 3,102.17 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,502.17 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| MORGAN STANLEY MORTGAGE CAPITAL I<br>Acct: 0971 | 0.00 | 62,121.00 | 0.00 | 62,121.00 |
| MORGAN STANLEY MORTGAGE CAPITAL I<br>Acct: 0971 | 3,009.87 | 3,009.87 | 0.00 | 3,009.87 |
| WHITEHALL BOROUGH (SWG)<br>Acct: R137 | 138.16 | 138.16 | 130.44 | 268.60 |
| WHITEHALL BOROUGH (SWG)<br>Acct: R137 | 32.04 | 32.04 | 0.00 | 32.04 |
| 21ST MORTGAGE CORP<br>Acct: 4104 | 29,023.16 | 1,118.60 | 0.00 | 1,118.60 |
| | | | | 66,550.11 |
| **Priority** | | | | |
| PAUL W MCELRATH JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P. DIDION<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCELRATH LEGAL HOLDINGS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 14-22441 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| PAUL W MCELRATH JR ESQ | 3,650.00 | 3,650.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 750.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-16 | | | | |

***N O N E***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| DUQUESNE LIGHT COMPANY* | 111.03 | 0.00 | 0.00 | 0.00 |
| Acct: 6001 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2392 | | | | |
| CACH LLC | 4,376.10 | 0.00 | 0.00 | 0.00 |
| Acct: 5207 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 1,520.19 | 0.00 | 0.00 | 0.00 |
| Acct: 9345 | | | | |
| ALTAIR OH XIII LLC | 6,983.07 | 0.00 | 0.00 | 0.00 |
| Acct: 8405 | | | | |
| DISCOVER BANK(*) | 5,766.86 | 0.00 | 0.00 | 0.00 |
| Acct: 9924 | | | | |
| FELDSTEIN GRINBERG STEIN | 10,243.09 | 0.00 | 0.00 | 0.00 |
| Acct: 2546 | | | | |
| PNC BANK NA | 2,194.45 | 0.00 | 0.00 | 0.00 |
| Acct: 0839 | | | | |
| ALTAIR OH XIII LLC | 5,867.77 | 0.00 | 0.00 | 0.00 |
| Acct: 9973 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PROBER & RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

| TOTAL PAID TO CREDITORS | | | | 66,550.11 |
|---|---|---|---|---|

TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        32,203.23
  UNSECURED      37,062.56

Date: 08/08/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com